

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00345-CV

_____

IN RE JOHN ANTHONY CASTRO, Relator

_____

Original Proceeding
Justice of the Peace, Precinct 7 of Tarrant County, Texas
Trial Court No. JP07-22-DC00029121

_____

Before Womack, J.; Sudderth, C.J.; and Birdwell, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: September 25, 2023